```
                                                                    FILED
                                                                 June 9, 2006
         -UNITED STATES DISTRICT COURT FOR THE                CLERK, US DISTRICT COURT
                                                              EASTERN DISTRICT OF
                                                                   CALIFORNIA
              EASTERN DISTRICT OF CALIFORNIA
                                                                 DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )
                                     )      Case No. Mag. 06-0161-KJM
             Plaintiff,              )
                                     )      ORDER FOR RELEASE OF
v.                                   )      PERSON IN CUSTODY
                                     )
OLIVIA K. MCCORMICK,                 )
                                     )
             Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release OLIVIA K. MCCORMICK, Case No. Mag. 06-0161-KJM, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___ Release on Personal Recognizance

  [X] Bail Posted in the Sum of $ 100,000

    [X] Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ___ (Other)    Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 9, 2006 at 2:18 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge